# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | |
|---|---|
| United States of America<br>v.<br>ELMER NOEL ZELAYA-MARTINEZ<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:25-mj-71228 MAG<br>)<br>)<br>)<br>) |

**FILED**
Oct 16 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **October 14/15, 2025** in the county of **San Francisco** in the **Northern** District of **California**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(C) | Possession with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine. |

This criminal complaint is based on these facts:

See attached affidavit of Special Agent Reilly A. Cannon, Drug Enforcement Agency

☑ Continued on the attached sheet.

/s/ Reilly A. Cannon
*Complainant's signature*

Approved as to form  /s/ Kelsey C. Davidson
                        AUSA

Reilly A. Cannon, DEA Special Agent
*Printed name and title*

Sworn to before me by telephone.

Date: 10/15/2025

*Judge's signature*

City and state: San Francisco, California

Honorable Lisa J. Cisneros, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR AN ARREST WARRANT AND CRIMINAL COMPLAINT

I, Reilly A Cannon, a Special Agent with the Drug Enforcement Administration, having been duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I make this affidavit in support of an application for an arrest warrant and criminal complaint charging Elmer Noel ZELAYA-MARTINEZ with possession with the intent to distribute and distribution of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), on or about October 14, 2025 and October 15, 2025, in San Francisco, California, in the Northern District of California.

### SOURCES OF INFORMATION

2. The facts in this affidavit come from my personal observations, my training and experience, information from records and databases, and information obtained from other agents, officers, and witnesses. Where statements made by other individuals (including other Special Agents and law enforcement officers) are referenced in this Affidavit, such statements are described in sum and substance and in relevant part. Similarly, where information contained in reports and other documents or records is referenced in this Affidavit, such information is also described in sum and substance and in relevant part.

3. Because this Affidavit is submitted for the limited purpose of establishing probable cause for a criminal complaint and arrest warrant, I have not included every fact known to me about this case. Rather, I have set forth only the facts that I believe are necessary to support probable cause for a criminal complaint and an arrest warrant. My understanding of the facts and circumstances of the case may evolve as the investigation continues.

### AFFIANT BACKGROUND

4. I am employed by the U.S. Department of Justice, Drug Enforcement Administration (DEA), as a Special Agent (SA), and have been so employed since September

2025. I am assigned to the DEA Oakland Resident Office (ORO) in Oakland, California, where I am tasked with investigating drug traffickers and drug trafficking organizations (DTOs).

5. I received specialized law enforcement training at the DEA Training Academy in Quantico, Virginia from May 2025 to September 2025. The 18-week Basic Agent Course included thousands of hours of formal instruction on, among other things, narcotics investigations, electronic and physical surveillance techniques, drug identification and detection, drug-related asset seizures, legal principles, undercover work, tactical operations, firearms, and report writing. The training also included instruction on investigating federal drug violations, including, but not limited to 21 U.S.C. §§ 841 and 846.

1. Prior to working for the DEA, I was employed as a Public Safety Communications Dispatcher with the San Francisco Department of Emergency Management (DEM) for approximately two and a half years. As a Dispatcher, I worked directly with the San Francisco Police and Fire Departments to manage both emergencies and routine calls for service. Prior to working for DEM, I was employed as a Business Immigration Analyst with a business immigration law firm for approximately a year and a half. In that role, I worked closely with attorneys to draft and assemble non-immigrant visa petitions to send to United States Citizenship and Immigration Services for adjudication.

6. As a DEA Special Agent, I have participated in investigations of DTOs involving the use of confidential sources (CSs), physical surveillance, and undercover agents, among other investigative techniques. I have participated in the execution of both state and federal search warrants.

7. Through my training, experience, and conversations with experienced law enforcement officers, I have become familiar with the practices of drug traffickers, including the methods and tools used to smuggle, transport, conceal, and distribute drugs and the proceeds of drug trafficking. I am also familiar with the appearance of fentanyl, marijuana, heroin, cocaine, methamphetamine, and other controlled substances.

8. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrants and does not set forth all my knowledge about this matter.

## APPLICABLE LAW

2. Under Title 21, United States Code, Section 841(a)(1), it is unlawful for any person to knowingly or intentionally possess with intent to distribute or distribute a federally controlled substance. Under 21 C.F.R. § 1308.12, methamphetamine is a Schedule II controlled substance.

## STATEMENT OF PROBABLE CAUSE

9. On October 15, 2025, at approximately 12:00 A.M., Elmer Noel ZELAYA-MARTINEZ was arrested after he sold suspected methamphetamine to an undercover ("UC") officer in San Francisco, CA.

10. On or about October 14, 2025, at approximately 11:59 p.m., a San Francisco Police Department officer was acting in an undercover capacity ("UC") in the area of Golden Gate Avenue and Franklin Street in San Francisco, CA. The UC was walking westbound on the north sidewalk of Golden Gate Avenue, just west of Franklin Street. The UC approached a Hispanic male, later identified as ZELAYA-MARTINEZ, who was wearing a black beanie, light blue hoodie under a gray sweatshirt, black pants, and black shoes. The UC asked ZELAYA-MARTINEZ if ZELAYA-MARTINEZ had any "crystal" (a common street name for methamphetamine) on him. ZELAYA-MARTINEZ told the UC he only had "ISO" (a common street name for fentanyl). The UC asked ZELAYA-MARTINEZ for $40.00 of U.S. Currency worth of drugs. In response, ZELAYA-MARTINEZ asked a nearby male to hand him something. The nearby male was described as a white male, 40-50 years old, wearing a black baseball hat with a colorful circular logo on it and all black clothing. The nearby male handed ZELAYA-MARTINEZ a black plastic bag. Inside the black plastic bag was a clear plastic bag with methamphetamine inside. The UC realized at this time that ZELAYA-MARTINEZ was selling methamphetamine, not fentanyl. The white male also gave an empty, smaller, clear plastic bag to ZELAYA-MARTINEZ. ZELAYA-MARTINEZ took some methamphetamine out of the larger

clear plastic bag, placed it inside the smaller clear plastic bag, and weighed the smaller clear plastic bag with the methamphetamine inside on a silver digital scale. ZELAYA-MARTINEZ then handed the small clear plastic bag with the methamphetamine to the UC.

11.     During the transaction, the UC handed ZELAYA-MARTINEZ $40.00 of U.S. Currency.

12.     After the transaction, the UC walked away from the area and signaled to other law enforcement officers that he had conducted a successful purchase.

13.     Law enforcement converged on ZELAYA-MARTINEZ's location, identified themselves as law enforcement, and detained ZELAYA-MARTINEZ.

14.     After ZELAYA-MARTINEZ was arrested, the UC returned to the area and confirmed that law enforcement arrested the same person from whom the UC had purchased the methamphetamine.



15.     The suspected methamphetamine ZELAYA-MARTINEZ sold to the UC weighed approximately 7.6 grams, including packaging.

16.     These substances were preliminarily tested using a TruNarc device, and preliminary testing showed that the substance tested positive for methamphetamine.

17. Federal Bureau of Investigation (FBI) and DEA agents, conducted a search of ZELAYA-MARTINEZ's person incident to arrest and located the following:

   a. $1,573 of U.S. Currency,
   b. Two $20 U.S. dollar bills, which matched the serial number of the funds provided to the UC for controlled purchase,
   c. One black Samsung smartphone (serial number RFCY20BVF0D) with a red "Discover Innovation" brand case, and
   d. One dark blue Samsung smartphone.

18. It should be noted that agents did not locate any drug paraphernalia that could be used to consume or ingest narcotics on ZELAYA-MARTINEZ's person.

19. Based on my knowledge, training, experience, and consultation with other experienced officers, I know drug traffickers, such as ZELAYA-MARTINEZ, commonly sell drugs with the assistance of one or more additional people. Further, the sale to the UC occurred in an area of San Francisco that is notorious for a high volume of drug sales activity.

20. Based on my training and experience, and the facts and circumstances set forth above, there is probable cause to believe that on or about October 14 and 15, 2025, in the Northern District of California, ZELAYA-MARTINEZ possessed with the intent to distribute and did distribute a mixture and substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## CONCLUSION

21. For the foregoing reasons, I respectfully request that the Court issue a Criminal Complaint and warrant for his arrest.

/s/ Reilly A. Cannon
Reilly A. Cannon
SPECIAL AGENT
Drug Enforcement Administration

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this 15 day of October 2025.

_____
HONORABLE LISA J. CISNEROS
United States Magistrate Judge